DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ROTHENBERG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3835

[October 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 16-5755CF10A.

David Rothenberg, Coleman, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

Warner, Gross and Conner, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***